IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CANDY WORKMAN, individually and
on behalf of class members,

       Plaintiffs,                           Case No. 1:20-cv-01114

v.

                                         HON. JANET T. NEFF

PRIORITY HEALTH MANAGED
BENEFITS, INC. and JOHN DOES 1-10,

       Defendants.

| | |
|---|---|
| Adam G. Taub (P48703)<br>ADAM G. TAUB & ASSOCIATES<br>CONSUMER LAW GROUP, PLC<br>Attorneys for Plaintiffs<br>17200 West 10 Mile Road – Suite 200<br>Southfield, MI  48075<br>(248) 746-3790<br>adamgtaub@clgplc.net | Robert W. O'Brien (P59127)<br>MILLER JOHNSON<br>Attorneys for Defendant Priority Health<br>45 Ottawa Avenue, SW – Suite 1100<br>Grand Rapids, MI  49503<br>(616) 831-1700<br>obrienr@millerjohnson.com |
| Daniel A. Edelman<br>Cathleen M. Combs<br>EDELMAN COMBS LATTURNER &<br>GOODWIN<br>Attorneys for Plaintiffs<br>20 S. Clark Street – Suite 1500<br>Chicago, IL  60603<br>(312) 739-4200<br>dedelman@edcombs.com<br>ccombs@edcombs.com | |

**STIPULATED ORDER FOR EXTENSION OF TIME TO FILE
RULE 26(a) DISCLOSURES**

       Plaintiff, Candy Workman, individually and on behalf of class members, and

Defendant Priority Health Managed Benefits, Inc. ("Priority Health"), through their respective

1

counsel, hereby stipulate, pursuant to Fed. R. Civ. P. 6, to a 14- day extension of time for the parties to file their Rule 26(a)(1) Disclosures. In support of their stipulation the parties provide:

1. The deadline to file Rule 26(a)(1) Disclosures is March 22, 2021.

2. This stipulation has been filed prior to the expiration of the period prescribed for the parties' disclosures.

3. The parties have been working amicably and diligently toward a possible resolution.

4. Good cause for an extension exists because the parties have made significant progress towards resolution and believe that the matter be resolved in its entirety within the next 14 days.

**WHEREFORE**, Plaintiffs and Defendant Priority Health Managed Benefits, Inc. stipulate and agree that the time for the parties to file Rule 26(a)(1) Disclosures by 14 days, or up to and until April 5, 2021.

EDELMAN COMBS LATTURNER & GOODWIN
Attorneys for Plaintiffs

Dated: March 22, 2021      By:   /s/ Daniel A. Edelman
Daniel A. Edelman
Cathleen M. Combs
20 S. Clark Street – Suite 1500
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com
ccombs@edcombs.com

|  |  |
|---|---|
|  | MILLER JOHNSON<br>Attorneys for Defendant Priority Health |
| Dated:  March 22, 2021 | By:    /s/ Robert W. O'Brien<br>Robert W. O'Brien (P59127)<br>45 Ottawa Ave SW, Suite 1100<br>Grand Rapids, Michigan 49503<br>(616) 831-1700<br>obrienr@millerjohnson.com |

**IT IS SO ORDERED.**

Dated:_____

_____
JANET T. NEFF
United States District Judge

3

MJ_DMS 32984679v1 25131-41