# UNITED STATES OF AMERICA
## U.S. DISTRICT COURT -- WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CANDY WORKMAN, individually and
on behalf of class members,

       Plaintiffs,

v.

PRIORITY HEALTH MANAGED
BENEFITS, INC. and JOHN DOES 1-10,

       Defendants.

Case No. 1:20-cv-01114

HON. JANET T. NEFF

---

Adam G. Taub (P48703)
ADAM G. TAUB & ASSOCIATES
CONSUMER LAW GROUP, PLC
Attorneys for Plaintiffs
17200 West 10 Mile Road – Suite 200
Southfield, MI 48075
(248) 746-3790
adamgtaub@clgplc.net

Daniel A. Edelman
Cathleen M. Combs
EDELMAN COMBS LATTURNER &
GOODWIN
Attorneys for Plaintiffs
20 S. Clark Street – Suite 1500
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com
ccombs@edcombs.com

Robert W. O'Brien (P59127)
MILLER JOHNSON
Attorneys for Defendant Priority
Health
45 Ottawa Avenue, SW – Suite 1100
Grand Rapids, MI 49503
(616) 831-1700
obrienr@millerjohnson.com

## **STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter having come before the Court upon the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

WHEREAS, pursuant to Fed R. Civ. Proc. 41(a), the parties hereby stipulate to the dismissal of Plaintiff's claims without prejudice and without costs.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                                U.S. District Court Judge

STIPULATED AND AGREED:

| **CANDY WORKMAN** | **PRIORITY HEALTH MANAGED BENEFITS, INC.** |
|---|---|
| s/ *Daniel A. Edelman* | s/Robert W. O'Brien |
| By one of its attorneys | By one of its attorneys |
| Daniel Edelman | Robert W. O'Brien (P59127) |
| Edelman, Combs, Latturner & Goodwin LLC | Boyle Burdett |
| 20 S. Clark St., Suite 1500 | 45 Ottawa Ave SW, Suite 1100 |
| Chicago, IL 60603 | Grand Rapids, MI 49503 |
| 312-739-4200 | 616-831-1700 |
| Courtecl@edcombs.com | obrienr@millerjohnson.com |
| dedelman@edcombs.com | burdett@boyleburdett.com |