# UNITED STATES OF AMERICA
## U.S. DISTRICT COURT -- WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CANDY WORKMAN, individually and on behalf of class members,

        Plaintiffs,

v.

PRIORITY HEALTH MANAGED BENEFITS, INC. and JOHN DOES 1-10,

        Defendants.

Case No. 1:20-cv-01114

HON. JANET T. NEFF

---

Adam G. Taub (P48703)
ADAM G. TAUB & ASSOCIATES
CONSUMER LAW GROUP, PLC
Attorneys for Plaintiffs
17200 West 10 Mile Road – Suite 200
Southfield, MI 48075
(248) 746-3790
adamgtaub@clgplc.net

Daniel A. Edelman
Cathleen M. Combs
EDELMAN COMBS LATTURNER & GOODWIN
Attorneys for Plaintiffs
20 S. Clark Street – Suite 1500
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com
ccombs@edcombs.com

Robert W. O'Brien (P59127)
MILLER JOHNSON
Attorneys for Defendant Priority Health
45 Ottawa Avenue, SW – Suite 1100
Grand Rapids, MI 49503
(616) 831-1700
obrienr@millerjohnson.com

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter having come before the Court upon the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

WHEREAS, pursuant to Fed R. Civ. Proc. 41(a), the parties hereby stipulate to the dismissal of Plaintiff's claims without prejudice and without costs.

**IT IS SO ORDERED.**

Dated:    March 31, 2021              /s/ Janet T. Neff
                                       U.S. District Court Judge

STIPULATED AND AGREED:

| **CANDY WORKMAN** | **PRIORITY HEALTH MANAGED BENEFITS, INC.** |
|---|---|
| s/ *Daniel A. Edelman* | s/Robert W. O'Brien |
| By one of its attorneys | By one of its attorneys |
| Daniel Edelman | Robert W. O'Brien (P59127) |
| Edelman, Combs, Latturner & Goodwin LLC | Boyle Burdett |
| 20 S. Clark St., Suite 1500 | 45 Ottawa Ave SW, Suite 1100 |
| Chicago, IL 60603 | Grand Rapids, MI 49503 |
| 312-739-4200 | 616-831-1700 |
| Courtecl@edcombs.com | obrienr@millerjohnson.com |
| dedelman@edcombs.com | burdett@boyleburdett.com |

MJ_DMS 33015461v1